IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09 CV 384

| | |
|---|---|
| DONALD C. EMBRY, | ) |
|     Plaintiff/Counterclaim Defendant, | ) |
| V | )    **ORDER** |
| CATHIE ST. JOHN-RITZEN, as Public Administrator of the Estate of Igor Sergeyevich Melinetskiy, Deceased, | ) |
|     Defendant/Counterclaimant, Third Party Plaintiff, | ) |
| V | ) |
| U.S. XPRESS LEASING, INC., a Tennessee Corporation, | ) |
|     Third-Party Defendant. | ) |

**THIS MATTER** is before the court on Gary L. Edwards' Application for Admission to Practice *Pro Hac Vice* of K. Stephen Powers. It appearing that K. Stephen Powers is a member in good standing with the Tennessee Bar and will be appearing with Joseph P. McGuire., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Gary L. Edwards' Application for Admission to Practice *Pro Hac Vice* (#16) of K. Stephen Powers is **GRANTED**, and that K. Stephen Powers is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Gary L. Edwards.

Signed: February 12, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge