# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:09 CV 384

| | |
|---|---|
| DONALD C. EMBRY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| CATHIE ST. JOHN-RITZEN, ) | |
| ) | |
| Defendant ) | |

**THIS MATTER** is before the court on Janet Ward Black's Application for Admission to Practice *Pro Hac Vice* of John Jeffery Mundy. It appearing that John Jeffery Mundy is a member in good standing with the Texas Bar and will be appearing with Janet Ward Black, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Janet Ward Black's Application for Admission to Practice *Pro Hac Vice* (#20) of John Jeffery Mundy is **GRANTED**, and that John Jeffery Mundy is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Janet Ward Black.

Signed: March 2, 2010

_____
Dennis L. Howell
United States Magistrate Judge