IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09cv384

| | |
|---|---|
| **DONALD C. EMBRY,** )  )  Plaintiff/Counterclaim )  Defendant, )  )  Vs. )  )  **SVETLANA MELINETSKIY,** as )  Administratrix of the Estate )  of Igor Sergeyevich Melinetskiy, )  deceased, )  )  Defendant/Counterclaimant, )  Third Party Plaintiff, Third )  Party Counter Defendant, )  )  Vs. )  )  **U.S. XPRESS LEASING, INC.,** )  a Tennessee Corporation, )  )  Third-Party Defendant/ )  Third-Party Counter- )  claimant, )  )  and )  )  **U.S. XPRESS, INC.,** a Nevada Corporation, )  )  Third-Party Defendant. )  _____ ) | **ORDER** |

**THIS MATTER** is before the court on defendant's/ counterclaimant's/third

party plaintiff's/third party counterdefendant's Motion to Substitute Administratrix of the Estate. Having considered defendant's/counterclaimant's/third party plaintiff's/third party counterdefendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's/counterclaimant's/third party plaintiff's/third party counterdefendant's Motion to Substitute Administratrix of the Estate (#31) is **GRANTED,** and Svetlana Melinetskiy is **SUBSTITUTED** as the party representative herein of the Estate of Igor Melinetskiy. Such substitution is reflected in the caption of this Order.

Signed: May 5, 2010

Dennis L. Howell
United States Magistrate Judge