# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:09cv384

| | |
|---|---|
| **DONALD C. EMBRY,** ) | |
| ) | |
| Plaintiff/Counterclaim ) | |
| Defendant, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **SVETLANA MELINETSKIY,** as ) | |
| Administratrix of the Estate ) | |
| of Igor Sergeyevich Melinetskiy, ) | |
| deceased, ) | |
| ) | |
| Defendant/Counterclaimant, ) | |
| Third Party Plaintiff, Third ) | |
| Party Counter Defendant, ) | |
| ) | |
| Vs. ) | |
| ) | |
| **U.S. XPRESS LEASING, INC.,** ) | |
| a Tennessee Corporation, ) | |
| ) | |
| Third-Party Defendant/ ) | |
| Third-Party Counter- ) | |
| claimant, ) | |
| ) | |
| and ) | |
| ) | |
| **U.S. XPRESS, INC.,** a Nevada Corporation, ) | |
| ) | |
| Third-Party Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendant's/ counterclaimant's/third

-1-

party plaintiff's/third party counterdefendant's Motion to Substitute Administratrix of the Estate. Having considered defendant's/counterclaimant's/third party plaintiff's/third party counterdefendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's/counterclaimant's/third party plaintiff's/third party counterdefendant's Motion to Substitute Administratrix of the Estate (#31) is **GRANTED,** and Svetlana Melinetskiy is **SUBSTITUTED** as the party representative herein of the Estate of Igor Melinetskiy. Such substitution is reflected in the caption of this Order.

Signed: May 5, 2010

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge