**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09 CV 384**

| | |
|---|---|
| DONALD C. EMBRY,     )  <br>    Plaintiff/Counterclaim Defendant    )  <br>                                                                )  <br> V                                                              )  <br>                                                                )  <br>SVETLANA MELINETSKIY, et al            )  <br>    Defendant/Counterclaimant,              )  <br>    Third-Party Plaintiff, Third-Party       )  <br>    Counter Defendant,                         )  <br>                                                                )  <br> V                                                              )  <br>                                                                )  <br>U.S. XPRESS LEASING, INC.                  )  <br>a Tennessee Corporation,                       )  <br>    Third-Party Defendant/                       )  <br>    Third-Party Counterclaimant,             )  <br>                                                                )  <br> V                                                              )  <br>                                                                )  <br>U.S. XPRESS, INC.,                                  )  <br>a Nevada Corporation,                           )  <br>    Third-Party Defendant.                       )  | **ORDER** |

**THIS MATTER** is before the court on Janet Ward Black's Application for Admission to Practice *Pro Hac Vice* of Michael Singley. It appearing that Michael Singley is a member in good standing with the Texas Bar and will be appearing with Janet Ward Black, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that Janet Ward Black's Application for Admission to Practice *Pro Hac Vice* (#40) of Michael Singley is **GRANTED**, and that

Michael Singley is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Janet Ward Black .

Signed: July 7, 2010

Dennis L. Howell
United States Magistrate Judge